THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC

Plaintiff,

v.

WIRELESS & SMOKE LLC, et al.

Defendants.

: Case No. 1:23-cv-748

District Judge Walter H. Rice

---

DECISION AND ENTRY OVERRULING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR FAILURE TO APPEAR FOR DEPOSITION, DOC. #88; SUSTAINING MOTION OF DEFENDANTS' COUNSEL TO WITHDRAW AS ATTORNEY FOR DEFENDANTS; DIRECTIVE TO DEFENDANTS

---

Based upon the reasoning set forth by Defendants' Counsel and the Court, during a July 22, 2026, conference call, Plaintiff's Motion for Sanctions against Defendants for Failure to Appear at Deposition and Motion for Attorney's Fees, Doc. #88, is **OVERRULED**. The Motion of Defendants' Counsel to withdraw from representation of Defendants, Doc. #89, on the basis that he has been unable to reach his clients to schedule a deposition desired by Plaintiff, is **SUSTAINED**.

Defendants are advised that their attorney has sought and been granted leave to withdraw as their Counsel, due to his inability to contact Defendants to arrange a deposition sought by Plaintiff. While the individual Defendant can represent himself, said individual Defendant, not being an attorney licensed to

practice In this jurisdiction, cannot represent a corporate entity. Defendants are advised that they have thirty (30) days following the filing of this Entry both to secure a new attorney and to have him/her enter an appearance as Defendants' representative with the Clerk of Courts of the Southern District of Ohio, located in Dayton. Defendants' failure to secure successor Counsel and to have that Counsel enter an appearance, will give Plaintiff's Counsel cause to seek an Order of Default from the Clerk of Courts Office and, should he deem it advisable, to file a subsequent Motion for Default Judgment.

IT IS SO ORDERED.

August 11, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT